# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

LAWRENCE JOHNSON,

     Plaintiff,

v.                                             Case No. 2:16-cv-02211-MSN-tmp

MYRON L. BATTS. ET AL.,

     Defendants.

## JUDGMENT AS TO DEFENDANT GIBBONS

**JUDGMENT BY COURT.**  This action came before the Court on Plaintiff's *Pro Se* Complaint for Violation of Civil Rights Under § 1983 (ECF No. 1), filed April 1, 2016,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Dismissing Case Against Gibbons for Lack of Prosecution, (ECF No. 26), entered September 29, 2021, this matter is hereby **DISMISSED WITHOUT PREJUDICE** as to Defendant Gibbons.

APPROVED: *s/ Mark S. Norris*
                    MARK S. NORRIS
                    UNITED STATES DISTRICT JUDGE

DATE:     September 29, 2021